Dismissed and
Memorandum Opinion filed January 6, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00572-CV

____________

 

AL YAZDCHI, Appellant

 

V.

 

CHAU WENG WANG AND MEI LING WANG, Appellees

 



 

On Appeal from the County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 951408

 

 

 



MEMORANDUM 
OPINION

            This is an appeal from a judgment signed May 12, 2010.  The
clerk’s record was filed September 2, 2010.  No reporter’s record or brief was
filed.

            On November 18, 2010, this court issued an order stating that
unless appellant submitted a brief, together with a motion reasonably
explaining why the brief was late, on or before December 20, 2010, the court
would dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.  Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices Brown,
Boyce, and Jamison.